UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SALT LAKE CITY DIVISION
351 South West Temple, Rm. 1.100
Salt Lake City, UT 84101
(801) 524-6100

FILED
U.S. DISTRICT COURT
2019 NOV 13  A 8: 21
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| ANDREW U. D. STRAW, ) | |
| *Plaintiff,* ) | Case No.: 2:19-cv-00598 |
| v. ) | |
| AON PLC, ) | Hon. Dale A. Kimball |
| *Defendant.* ) | <u>Judge Presiding</u> |
| ) | Hon. Evelyn J. Furse |
| ) | <u>Magistrate Judge</u> |
| ) | Jury Trial Demanded |

## MOTION TO DISMISS LAWSUIT

I, *plaintiff* Andrew U. D. Straw, make the following motion to the Court:

I have conferred with counsel for the defendant and this matter is now resolved. I thank the Court for processing this case.

WHEREFORE, I move the Court to dismiss this matter with prejudice.

I, *plaintiff* Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury. **November 7, 2019**

    Respectfully submitted,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
700 12th ST NW, STE 700, PMB 92403
Washington, D.C. 20005
Telephone: (802) 552-3030   andrew@andrewstraw.com

1

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above MOTION with the Clerk of this Court via U.S. Mail, First class and postage prepaid using Docsmit.com, on **November 7, 2019**, and this NOTICE will be served to all counsel of record through that CM/ECF system after the Clerk scans this and my other initiating documents.   It will be available after scanning to the public via Pacer.gov.

Respectfully submitted,

s/ ANDREW U. D. STRAW, *Pro Se*
700 12th ST NW, STE 700, PMB 92403
Washington, D.C. 20005
Telephone: (802) 552-3030
andrew@andrewstraw.com

302849-2-2-PRI
Andrew Straw
700 12TH ST NW, STE 700
PMB 92403
Washington, DC 20005

Address Service Requested

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
C2M LLC
22202



**First Class**
Accepted:
11/7/19, 9:36 AM (EST-05:00)

1*************************SNGLP 480

Clerk
US District Court
351 S West Temple Ste 1 100
Salt Lake City, UT 84101-1958

**RECEIVED CLERK**

**NOV 1 3 2019**

**U.S. DISTRICT COURT**

## Document Information:

2 pages in the enclosed document

2 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*